DANIEL J. O'HANLON, State Bar No. 122380
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

EILEEN M. DIEPENBROCK, State Bar No. 119254
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK ELKIN LLP
500 Capitol Mall, Suite 2200
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-2640

Attorneys for Proposed Intervenors,
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY and WESTLANDS WATER
DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, a non-profit corporation, and CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES BUREAU OF RECLAMATION, a federal agency, RICHARD J. WOODLEY, in his official capacity, LOWELL PIMLEY, in his official capacity, and DAVID MURILLO, in his official capacity,<br><br>　　　　Defendants. | Case No. 1:14-cv-00945-LJO-BAM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE (Doc. 25)** |

1118445.1 10355-001

The Court has reviewed the motion of San Luis & Delta-Mendota Water Authority and Westlands Water District ("Proposed Intervenors") for leave to intervene in the above-titled action. Doc. 25. The Court finds that the requirements for intervention pursuant to Federal Rule of Civil Procedure 24(a) are met, and accordingly, the Court GRANTS the motion, and hereby ORDERS that San Luis & Delta-Mendota Water Authority and Westlands Water Authority are granted leave to intervene in this action. Intervenors shall file and serve their answer and/or other responsive pleadings by the same date a response is due from the Federal Defendants.

Permission to intervene is conditioned upon Proposed Intervenors making every effort to avoid duplicative briefing. The Court ADMONISHES the Parties to join and or incorporate by reference other Parties' briefs whenever possible

**IT IS SO ORDERED**.
Dated:   June 20, 2014

      /s/ Lawrence J. O'Neill
      LAWRENCE J. O'NEILL
      United States District Judge