UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE and CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al.*,<br><br>Defendants,<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:14-CV-000945-LJO-BAM<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE BASED ON THE STIPULATION OF ALL PARITES (DOC. 76)** |

Based on the stipulation of all parties, Doc. 76, and Pursuant to Fed R. Civ. P. 41(a)(l)(A)(ii):

1. Plaintiffs' entire complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed without prejudice.

2. Plaintiff and Defendants shall each bear their own costs and attorneys' fees incurred in this matter.

3. The Clerk of Court is directed to CLOSE THIS CASE

**SO ORDERED**
Dated: August 1, 2014

                                               /s/ Lawrence J. O'Neill
                                               **United States District Judge**